732

SIRF TECHNOLOGY, INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Broadcom Corporation and Global Locate, Inc., Intervenors.

No. 2009–1017.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

William F. Lee, Wilmer Cutler Pickering Hale, Boston, MA, James L. Quarles III, Joseph R. Baldwin, Wilmer Cutler Pickering Hale, Washington, DC, James M. Dowd, Wilmer Cutler Pickering Hale, Los Angeles, CA, Mark D. Selwyn, Wilmer Cutler Pickering Hale, Palo Alto, CA, for Intervenors.

Megan M. Valentine, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Gregory A. Castanias, Jones Day, Frederick David Foster, James Bruce Altman, Miller & Chevalier, Chartered, Washington, DC, Alan H. MacPherson, Edward C. Kwok, Steven M. Levitan, Jennifer M. Lantz, MacPherson Kwok Chen & Heid LLP, San Jose, CA, Todd R. Geremia, Jones Day, New York, NY, for Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).